# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 22, 2020

Bridget M. McCormack,
Chief Justice

160427

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENYON BAILEY,
      Defendant-Appellant.
_____/

SC: 160427
COA: 342175
Wayne CC: 17-004208-FC

On order of the Court, the application for leave to appeal the September 24, 2019 judgment of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 22, 2020



Clerk

p0415